OLIVER F. COUNTER, Appellant, *v.* NEW YORK TELE-
PHONE COMPANY, Respondent.

EMMA COUNTER, Appellant, *v.* NEW YORK TELEPHONE
COMPANY, Respondent.

(Argued March 30, 1932; decided April 26, 1932.)

*James S. Kiley* and *Jere M. Cronin* for appellants.
*Charles J. Herrick* for respondent.

In each action judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. Held, the question of negligence was properly submitted to the jury. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.